UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EMPLOYEES' RETIREMENT SYSTEM OF THE CITY OF ST. PETERSBURG, FLORIDA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES LTD., KÅRE SCHULTZ, and MICHAEL MCCLELLAN,<br><br>Defendants. | No. 3:19-cv-01768-SRU<br><br>December 13, 2019 |

## DEFENDANTS' MOTION TO CONSOLIDATE RELATED ACTIONS

Pursuant to the Court's November 18, 2019 Civil Case Management Order in the action styled *Ontario Teachers' Pension Plan Board, et al. v. Teva Pharmaceutical Industries Ltd., et al.*, No. 3:17-cv-00558 (SRU) (the "*Ontario* Action") and Fed. R. Civ. P. 42(a), Defendants hereby move to consolidate for pre-trial purposes this Action with the *Ontario* Action. For the reasons set forth in the Joint Motion to Consolidate Related Actions filed today in the *Ontario* Action (*Ontario*, ECF No. 311) and further papers filed therein, which are attached as Exhibit 1 and incorporated herein by reference, Defendants submit that consolidating for all purposes the Teva-related U.S. putative class actions in the manner set forth in the Proposed Order attached as Exhibit A to Exhibit 1 will enable this Court and the parties to efficiently manage the related actions, avoid duplicative and expensive discovery efforts and disputes, and preserve judicial and party resources. Accordingly, Defendants respectfully request the entry of an Order in the form of the Proposed Order at Exhibit A.

ORAL ARGUMENT NOT REQUESTED

Respectfully submitted,

/s/ *Jill M. O'Toole*
Jill M. O'Toole (ct27116)
**SHIPMAN & GOODWIN LLP**
One Constitution Plaza
Hartford, Connecticut 06103-1919
Tel.: (860) 251-5000
Fax: (860) 251-5218
Email: jotoole@goodwin.com

– and –

Jordan D. Hershman (admitted *pro hac vice*)
Jason D. Frank (admitted *pro hac vice*)
Emily E. Renshaw (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street, Boston, MA 02110
Tel: (617) 951-8455
Fax: (617) 951-8736
jordan.hershman@morganlewis.com
jason.frank@morganlewis.com
emily.renshaw@morganlewis.com

*Counsel for Defendants*